

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Zhenjia Wang
(Please print)

STREET ADDRESS: 944 W 15th Place Unit 2B

CITY/STATE/ZIP: Chicago IL 60608

PHONE NUMBER: 312-636-9939 (cell) 312-666-5718 (home)

CASE NUMBER: 08CV4532
JUDGE BUCKLO
MAGISTRATE JUDGE MASON

Signature: Zhenjia Wang      Date: 08/11/2008

FILED
AUG 11 2008
Aug 11, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT