

AO 440 (Rev. 05/00) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Zhenjia Wang

CASE 08CV4532

V.

ASSIG JUDGE BUCKLO
MAGISTRATE JUDGE MASON

Michael Chertoff, Secretary of the Department of Homeland Security.
Jonathan Scharfen, Direct of USCIS.
David Roak, USCIS Texas Service Center
Robert S. Mueller, III, Director the Federal Bureau of Investigation

DESIC
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Mr. Michael Chertoff
Secretary of the Department of Homeland Security
Office of the General Counsel
Washington DC. 20258

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zhenjia Wang
944 W 15th Place, unit 2B
Chicago IL 60608

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

AUG 1 1 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | 08/11/2008 |
| NAME OF SERVER (PRINT) Zhenjia Wang | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): __US postal Service__

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $ 6.24 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __08/19/2008__   __[signature] Zhenjia Wang__
              Date                   Signature of Server

FILED
AUG 19 2008 TC
Aug 19, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Address of Server: 944 W 15th Place, Unit 2B, Chicago IL 60608

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: 7008 1300 0000 8545 0122
Detailed Results:
- Arrival at Unit, August 18, 2008, 10:42 am, WASHINGTON, DC 20022
- Acceptance, August 11, 2008, 8:51 pm, CHICAGO, IL 60607

< Back     Return to USPS.com Home >

**Track & Confirm**

Enter Label/Receipt Number.

Go >

**Notification Options**

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.     Go >

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do     8/18/2008