

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Zhenjia Wang

V.

Michael Chertoff, Secretary of the Department of Homeland Security.
Jonathan Scharfen, Direct of USCIS.
David Roak, USCIS Texas Service Center
Robert S. Mueller, III, Director the Federal Bureau of Investigation

CASE NUMBER: **08CV4532**

ASSIGNED JUDGE: **JUDGE BUCKLO**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE MASON**

TO: (Name and address of Defendant)

Mr. David Roark
Director of USCIS at Texas Service Center
4141 St. Augustine Rd
Dallas TX 75227

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zhenjia Wang
944 W 15th Place, unit 2B
Chicago IL 60608

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

AUG 11 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 08/11/2008 |
| NAME OF SERVER (PRINT) Zhenjia Wang | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): ___US Postal Service___

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL 6.24 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __08/19/2008__   _Zhenjia Wang_
              Date              Signature of Server

Address of Server: 944 W 15th Place Unit 2B, Chicago IL 60608

FILED
AUG 19 2008
Aug 19, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Home | Help | Sign In

Track & Confirm      FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: 7008 1300 0000 8545 0085
Detailed Results:
- Delivered, August 15, 2008, 11:47 am, DALLAS, TX 75227
- Notice Left, August 15, 2008, 10:48 am, DALLAS, TX 75227
- Arrival at Unit, August 15, 2008, 10:22 am, DALLAS, TX 75227
- Acceptance, August 11, 2008, 8:48 pm, CHICAGO, IL 60607

**Track & Confirm**
Enter Label/Receipt Number.

< Back      Return to USPS.com Home >       Go >

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.     No FEAR Act EEO Data    FOIA    

